FILED
2023 Mar-23 PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JERMICHAEL LAMAR HART,** | ) |
| Petitioner, | ) |
| v. | ) Case No.1:21-cv-01438-AMM-HNJ |
| **WARDEN, FCI TALLADEGA,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 18, on February 24, 2023, recommending that the petitioner's amended habeas petition brought pursuant to 28 U.S.C. § 2241, Doc. 9, be dismissed without prejudice for his failure to exhaust administrative remedies. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petitioner's amended § 2241 habeas petition is due to be dismissed without prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this 23rd day of March, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE